# UNITED STATES DISTRICT COURT

__Eastern__ District of __Oklahoma__

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

JOSEPH B. RICHARDSON

Case No.  CR-94-00055-001-JHP
USM No.  10260-026

Robert Ridenour
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of   mandatory and standard   conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| mandatory condition #2 | While on supervised release, the defendant shall not commit another federal, state, or local crime. | 11/29/2012 |
| standard condition #1 | The defendant shall not leave the judicial district without permission of the Court or probation officer. | 11/26/2012 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5163

Defendant's Year of Birth:  1954

City and State of Defendant's Residence:
   Ft. Gibson, Oklahoma

March 13, 2013
Date of Imposition of Judgment

*James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma

E.O.D. 3/18/2013
Date

DEFENDANT: JOSEPH B. RICHARDSON
CASE NUMBER: CR-94-00055-001-JHP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of : **12 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ a _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:      JOSEPH B. RICHARDSON
CASE NUMBER:    CR-94-00055-001-JHP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   48 months.

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if
- ■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ■ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall submit to urinalysis testing as directed by the Probation Office.

DEFENDANT: JOSEPH B. RICHARDSON
CASE NUMBER: CR-94-00055-001-JHP

## SPECIAL CONDITIONS OF SUPERVISION

**1.** As a special condition of supervised release, the defendant shall participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction, drug dependency or alcohol dependency, which will include testing to determine if the defendant has reverted to the use of drugs or alcohol if such treatment is deemed appropriate by the probation officer. If it is determined by the probation officer that the defendant is in need of a residential drug/alcohol treatment program, the defendant shall reside in and participate in such treatment as directed by the probation officer and remain in the treatment facility until successfully discharged.

2. You shall attend and participate in a mental health treatment program and/or sex offender treatment program as approved and directed by the Probation Officer. You shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing, at your own expense, to determine if you are in compliance with the conditions of release.

3. You shall not possess or use a computer with access to any "online computer service" at any location, including employment, without the prior written approval of the U.S. Probation Office, to include any Internet services provided, bulletin board system, or any other public or private computer network.

4. You shall have no contact with children under the age of 18, and shall not go to parks, malls, schools, or other places where children congregate without the permission of the U.S. Probation Office.

5. You shall not own or possess any type of camera, photographic device and/or equipment, including video recording equipment, without the approval of the Probation Officer.

6. You shall not possess any form of pornography, adult or otherwise.

7. You shall register as a sex offender in compliance with the state law in which you reside.

8. You shall submit to a search conducted by a United States Probation Officer of your person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of probation. Failure to submit to a search may be grounds for revocation.

9. You shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition. Additionally, you shall obtain written verification from other residents that said residents acknowledge the existence of this condition and that their failure to cooperate could result in revocation. This acknowledgment shall be provided to the U.S. Probation Office immediately upon taking residency.